

DLA Piper **LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Joseph A. Piesco
joseph.piesco@dlapiper.com
**T**  212.335.4537
**F**  212.335.4501

September 1, 2021

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *Kareem Nisbet v. L-Nutra Longevity Centers, Inc., d/b/a ProLon*,
**Case No. 1:21-cv-06290 (RA)**

Dear Judge Abrams:

We represent the Defendant L-Nutra Longevity Centers, Inc., d/b/a ProLon ("Defendant") in the above-referenced matter.  We write jointly with Plaintiff's counsel and are pleased to inform the Court that the parties have reached a settlement, in principle, in connection with this matter. The parties are in the process of negotiating the terms of a settlement agreement and intend to file a Stipulation of Dismissal after the terms of same have been finalized.

In view of the parties' settlement, we respectfully request that the Court adjourn all pending dates and deadlines, including, without limitation, the deadline for Defendant to answer, move or otherwise respond to the complaint.

We thank the Court for its consideration of this matter and will certainly make ourselves available should the Court have any questions regarding this request.

Respectfully submitted,

*Joseph Piesco*

Joseph A. Piesco, Jr.